**1046-15**

CAUSE NO. F06-19538-W

DEVON STIFF

V.

STATE OF TEXAS

IN THE TEXAS COURT
OF CRIMINAL APPEALS
AUSTIN, TEXAS

Grant to 12/4/15

Cheryl Johnson

12/24/15

## PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING

COMES NOW DEVON STIFF pro-se in the above styled and numbered cause request this Court in accordance with T.R.A.P Rule 79 Extend time to file a Motion For rehearing. In Support thereof would show the following:

1. On 11-4-2015, Texas Court of Crim. Appeals refused Petitioners Petition For Discretionary Review. Notice of Refusal Was Recieved On 11-13-2015.

2. Petitioner is entitled to pursue a rehearing according to T.R.A.P Rule 79

3. Petitioner is proceeding pro-se and has limited litigation skills for prepareing and filing a Motion For rehearing.

FILED IN
COURT OF CRIMINAL APPEALS

NOV 2? 20?

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 23 2015

Abel Acosta, Clerk

1.

4. Petitioner believes a rehearing would be proper to substantiate the merit of the constitutional violation raised for review in the interest of justice.

## PRAYER

Wherefore Premises Considered Petitioner prays this Court grant this motion FOR Extending the deadline date for filing Petitioner Motion FOR Rehearing

Respectfully Submitted

Stiff, Devon #1892905
Stile's Unit
3060 FM 3514
Beaumont, Texas
77706

2.

## CERTIFICATE OF SERVICE

I, DEVON STIFF do hereby certify that a true and correct copy of the foregoing Motion for Extension of time to file for Rehearing was Served on STATE OF TEXas Prosecuting Attorney delivered by postal Service postage Prepaid to P.O. Box 12405, Austin Texas 78711 and Dallas County DISTRICT Attorney Susan Hawk 133 Riverfront Blvd LB-19 Dallas, Texas 75207 executed on this 17th day of November 2015

Respectfully Submitted

Stiff, Devon #1892905
Stiles unit
3060 FM 3514
Beaumont, Texas
77706

3.